THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BELINDA GRIMM, :
:
Plaintiff, :
:
v. : 3:17-CV-1086
: (JUDGE MARIANI)
NANCY BERRYHILL, :
ACTING COMMISSIONER OF :
SOCIAL SECURITY, :
:
Defendant. :

## ORDER

**AND NOW, THIS 10TH DAY OF JULY, 2018**, upon review of Magistrate Judge Carlson's Report & Recommendation ("R&R") (Doc. 15) for clear error or manifest injustice,

**IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 15) is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Appeal is **DENIED**.

3. The Commissioner of Social Security's decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge